JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MIGUEL DEL CID GUERRA,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | No. CV 24-07567 DMG (SSCx)<br><br>**JUDGMENT** |

On December 23, 2024, this Court having granted Defendant the United States of America's motion to dismiss without leave to amend,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendant the United States of America and against Plaintiff Miguel Del Cid Guerra and that this action is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: December 23, 2024

                                                DOLLY M. GEE
                                          CHIEF UNITED STATES DISTRICT JUDGE